| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| VIRGINIA BAGLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION 1:18-CV-580 |
| | § | |
| DOLLAR TREE STORES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#23), signed February 28, 2020, this action is dismissed with prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 24th day of July, 2020.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE